UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-cr-00294- D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREK GOWER | **ORDER TO SEAL** |

On motion of the Defendant, Derek Gower, and for good cause shown, it is hereby ORDERED that [DE 39] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

SO ORDERED. This _10_ day of January, 2022.

                                                   _/s/ J. Dever_
                                                 JAMES C. DEVER III
                                                 United States District Judge